An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS GREGORY SHEA,
                Appellant,
       vs.
MACGREGOR APARTMENTS,
                Respondent.

No. 67964

**FILED**

JUN 01 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
      DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This appeal is assigned to this court's pilot program for civil litigants proceeding in pro se. Our review of the documents before this court reveals a jurisdictional defect. Specifically, it is unclear what district court order appellant is appealing from. To the extent that appellant is challenging the district court's order confirming an arbitration award entered February 23, 2014, the notice of appeal was filed more than thirty days after service of written notice of entry of the judgment or order, and the notice of appeal is untimely. *See* NRAP 4.

To the extent appellant may be challenging an order on a petition for a writ of mandamus filed February 3, 2015, it appears that the district court has not entered a final written judgment, and the notice of appeal is premature. *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000). Once the district court has entered a final, written order resolving all of the claims and issues below, any aggrieved party may appeal. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
      Saitta

_____ J.
      Gibbons

_____, J.
      Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15- 16575

cc: Hon. Bridget Robb Peck, District Judge
Thomas Gregory Shea
Goicoechea, Di Grazia, Coyle & Stanton, Ltd.
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A